AO 440 (Rev. 01/09/) Summons in a Civil Action

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

PATRICIA LEVINE,

Plaintiff,

v.

LOUIS DEJOY, POSTMASTER GENERAL,
US POSTAL SERVICE,

Defendant.

Case No. 1:20-cv-1208
Hon.  Paul L. Maloney

TO: U.S. Attorney for the Western District of Michigan
ADDRESS: 330 Ionia Avenue, N.W., Suite 501
Grand Raids, MI 49503

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to    serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___60___ days after service of this sum mons on you (not counting the day  you received it). If y ou fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Glenn L. Smith (P43156)
WHEELER UPHAM, PC
250 Monroe Ave., NW, Suite 100
Grand Rapids, MI 49503

CLERK OF COURT

By: Deputy Clerk

December 17, 2020
Date

---

## PROOF OF SERVICE

This summons for ___U.S. Attorney for the Western District of Michigan___ was received by me on _____.
(name of individual and title, if any)                                                    (date)

[✓] I personally served the summons on the individual at _Front desk, U.S. Atty's office_  330 Ionia Ave, NW, Sute 501
on _December 22, 2020_                                         (place where served)    Grand Rapel MI 49503
(date)

[ ] I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

[ ] I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                    (date)

[ ] I returned the summons unexecuted because _____

[ ] Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _12/22/2020_

Server's signature

Glenn L Smith  Attorney
Server's printed name and title

250 Monroe Ave Ste 100, Grand Rapids
Server's address                              MI 49503

Additional information regarding attempted service, etc.:

Donald Daniels, AUSA
Accepted Summons & Complaint