John M. Roels
Gary A. Maximiuk
James M. Shade
Glenn L. Smith
Michael J. TerBeek
Kenneth E. Tiews
Jon S. Schrotenboer
Catherine M. Sullivan
Daniel J. James
Michael A. Stroup

# WHEELER UPHAM
ATTORNEYS AND COUNSELORS

Calder Plaza Building
250 Monroe Avenue N.W., Suite 100
Grand Rapids, Michigan 49503

ESTABLISHED 1883

Phone (616) 459-7100
Fax (616) 459-6366
WWW.WUATTORNEYS.COM

smith@wuattorneys.com

December 22, 2020

CERTIFIED MAIL

Louis DeJoy
Postmaster General
US Postal Service
475 L'Enfant Plaza, SW
Washington DC  20260

Re:    Levine v. DeJoy, Case No. 1:20-cv-1208

Dear Mr. DeJoy:

Pursuant to the Federal Rules of Civil Procedure 4(i)(1)(C), I am hereby serving you with a copy of the Summons and Complaint on behalf of Plaintiff Patricia Levine.

Sincerely,

WHEELER UPHAM, P.C.

Glenn L. Smith

GLS/yro
Enclosures

POS Attachment 1

EFFECTIVE ADVOCATES • TRUSTED

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage and Fees
$
Sent To  DeJoy
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here
DEC 22 2020
GRAND RAPIDS 49523

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions