UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA LEVINE,                          )
                         Plaintiff,       )
v.                                        )          No. 1:20-cv-1208
                                          )
                                          )          Honorable Paul L. Maloney
LOUIS DEJOY, Postmaster General,          )
U.S. Postal Service,                      )
                         Defendant.       )
_____)

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of

the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  April 5, 2022             ___/s/ Paul L. Maloney_____
                                 Paul L. Maloney
                                 United States District Judge